UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - **Flagstaff**

**MAGISTRATE JUDGE'S MINUTES**

FILED ✓ RECEIVED — LODGED — COPY
NOV 6 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

DATE: 11/4/2003 CASE NUMBER: CR03-1142-PCT-SLV

USA vs. Robert L. Gray Jr.

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Mark E. Aspey INTERPRETER ______
LANGUAGE ______

Attorney for Defendant Consuelo Brennan (Appointed for Flagstaff proceedings only)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ RELEASED

☒ Initial Appearance ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Dft Released ______

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset

Set for: before:

☒ Consent to be tried by a Magistrate Judge oral. Misd: ☐ Class A ☒ Class B ☐ Class C
☐ Consent of Defendant/Order of Referral
☐ Waiver of Indictment filed ___ ☒ Information filed 11-4-03
Dft states true name to be ____.
☒ Defendant sworn and examined by the Court
Dft Enters: ☒ GUILTY PLEA to Counts ONE of the ☒ Information ☐ Indictment ☐ Complaint
☒ Court ☒ accepts ☐ recommends dft's plea and finds plea to be freely and voluntarily given
Plea agreement: ☒ FILED ☐ LODGED ☐ SEALED ______
☐ Court does not accept defendant's plea of guilty because ______
☐ Sentencing set for __ before ______
☒ Citations to be dismissed upon entry of judgment
☐ ORDER vacate trial date/motion hearing/motions moot
☐ ORDER defendant remain released pending sentence ☐ remanded to USM
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence

Other: Sentence: Special assessment of $10.00 and $500.00 fine which is to be paid by January 15, 2004. Defendant shall spend Twenty-Four (24) Hours in custody at the Coconino County Jail..

RECORDED: Cass. CS 50000
BY: Christina S. Hurley
Deputy Clerk

(2)

AUSA | PROB | CNSL | JUDGE